UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> vs. <br> ADAM FRANCIS GARDNER, <br>    Defendant. | Case No.: 13-CR-00446-YGR <br><br> **ORDER DENYING MOTION TO SUPPRESS** |

Defendant Adam Gardner ("Defendant") filed a Motion to Suppress Evidence on September 26, 2013. (Dkt. No. 12.) The United States of America filed its Response on October 17, 2013. (Dkt. No. 16.) Defendant filed his Reply on October 22, 2013. (Dkt. No. 17.) The United States filed a Reply in Opposition to Defendant's Motion to Suppress Evidence on October 29, 2013. (Dkt. No. 19.) The matter came on for hearing on December 5, 2013.

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on December 5, 2013, Defendant's Motion to Suppress Evidence is **DENIED**.

This Order terminates Dkt. Nos. 12 and 18.

**IT IS SO ORDERED**.

Dated: December 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**