Camellia Baray, State Bar No. 179219
LAW OFFICES OF CAMELLIA BARAY
4096 Piedmont Ave., Suite 111
Oakland, CA 94611
(510) 595-6678 (tel)
cb@baraylaw.com

Attorneys for Defendant Adam Gardner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADAM GARDNER,<br><br>　　　　Defendant.<br>_____/ | No.  CR 13-00446-1 YGR<br>**CORRECTED**<br>STIPULATION AND  ORDER TO CONTINUE STATUS / CHANGE OF PLEA HEARING FROM APRIL 23, 2015 TO MAY 7, 2015  AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　April 23, 2015<br>Time:　2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |

　　　The above-captioned matter is set on April 23, 2015 before the Hon. Yvonne Gonzalez

Rogers for status conference / change of plea hearing.  The parties stipulate and request that the

Court reset the matter for a change of plea hearing on May 7, 2015 at 2:00 p.m., and that the

Court exclude time under the Speedy Trial Act until then.

　　　The reason for this request is to afford both parties time to investigate additional newly

discovered information.

Stipulation Continuing Hearing
CR 13-00446-1 YGR　　　　　　　　1

The parties agree that the time period between April 23 and May 7, 2015, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant's continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

Dated: April 22, 2015            _____/S/_____
                                 William Frentzen
                                 Assistant United States Attorney


Dated: April 22, 2015            _____/S/_____
                                 Camellia Baray
                                 Attorney for Mr. Gardner

Stipulation Continuing Hearing
CR 13-00446-1 YGR                       2

For good cause shown, the status conference / change of plea hearing currently set for April 23, 2015 is continued to May 7, 2015 at 2:00 p.m., and time between April 23 and May 7, 2015 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 22, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

Stipulation Continuing Hearing
CR 13-00446-1 YGR                         3