CAMELLIA BARAY (SBN 179219)
Law Offices of Camellia Baray
4096 Piedmont Ave., Ste. 111
Oakland, CA 94611
(510) 595-6678
cb@baraylaw.com

Attorney for Defendant Adam Gardner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-00446 YGR |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING HEARING / INITIAL APPEARANCE |
| ADAM GARDNER, | Date: April 13, 2018 |
| Defendant. | Time: 9:30 am |
| | Court: Magistrate Judge Kandis Westmore |

STIPULATION

Mr. Gardner is calendared for initial appearance and identification of counsel on April 13, 2018 on an Amended Form 12.

Because Mr. Gardner has been taken into state custody, and is facing new felony criminal charges in Contra Costa County, he is unable to appear in Federal Court as scheduled. It is unknown when the matter in Contra Costa County will be resolved. Therefore, the parties agree and request that the hearing set for April 13th be vacated.

IT IS SO STIPULATED.

DATED: April 12, 2018

/s/
William Frentzen
Assistant United States Attorney

1

DATED: April 12, 2018

/s/
Camellia Baray
Attorney for Adam Gardner

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Based upon the representations of the parties in the stipulation to vacate hearing, it is hereby |
| 3 | ORDERED that the initial appearance and identification of counsel on an Amended Form 12 in this |
| 4 | matter be vacated. |

DATED: __4/12/18_____

*Kandis Westmore*
_____
THE HONORABLE KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE